IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEIGH WARING | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 19-5472 |
| ARAMARK MANAGEMENT, LLC | : |

## ORDER

**AND NOW**, this 24th day of March 2020, upon consideration of Defendant's Motion to Partially Dismiss Plaintiff's First Amended Complaint (ECF No. 7) and Plaintiff's response thereto (ECF No. 10), it is ordered, consistent with the accompanying opinion, that the Motion is granted in part and denied in part, as follows:

1. Plaintiff's retaliation claims in Counts One and Two of the Amended Complaint are dismissed without prejudice to Plaintiff to file a Second Amended Complaint within 14 days of the date of this Order.
2. In all other respects, the Motion is denied.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**